UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BUCCANEER BEACH RESORT
MOTEL, INC.,

    Plaintiff,

v.                                    CASE NO: 8:06-cv-140-T-23MSS

T.I. GROUP INVESTMENTS, LLC,
et al,

    Defendants.
_____/

**ORDER**

The Court is advised that this matter is settled. Accordingly, pursuant to Local Rule 3.08(b), this action is **DISMISSED WITHOUT PREJUDICE** to the right of any party within sixty days from the date of this order to (1) submit a stipulated form of final order or judgment or (2) reopen the action upon a showing of good cause. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on December 13, 2006.

                                                  STEVEN D. MERRYDAY
                                                  UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy